AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)     ☐ Original   ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
### for the
### Central District of California

LODGED
CLERK, U.S. DISTRICT COURT
7/23/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: _____MMC_____ DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
7/23/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: _____TS_____ DEPUTY

United States of America

v.

TONY DE JESUS QUINTANILLA,

Defendant.

Case No. 2:25-MJ-04604-DUTY

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of June 14, 2025 in the county of Los Angeles in the Central District of California, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1361 | Depredation of Government Property |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/ Thomas J. Vasquez
Complainant's signature

Thomas J. Vasquez, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 7/23/2025

Judge's signature

City and state: Los Angeles, California

Hon. Stephanie Christensen, U.S. Magistrate Judge
*Printed name and title*

AUSA: Thi Hoang Ho (x0596)

**AFFIDAVIT**

I, Thomas J. Vasquez, being duly sworn, declare and state as follows:

## I. PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of a criminal complaint against, and arrest warrant for, Tony De Jesus QUINTANILLA for a violation of Title 18, United States Code Section 1361 (Depredation of Government Property).

2. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only, and all dates and times are on or about those indicated.

## II. TRAINING AND EXPERIENCE OF SPECIAL AGENT THOMAS VASQUEZ

3. I am a Special Agent ("SA") with the United States Department of Homeland Security, Federal Protective Service ("FPS"). I have been in this position since August 2017. As a SA, my official duties are to investigate crimes against the United States that originate on or have a nexus to United States government properties or employees, including depredation of government property. I also investigate assaults on government officials, theft of government property, threats to government

officials, impersonation of government officials, arson, prohibited firearm possession on government property, and narcotic-related offenses.  Since 2017, I have conducted numerous criminal investigations, especially depredation of government property, assaults on government officials and threats against federal officials, and have received trainings on criminal investigations and depredation of government property cases.

4.   From 2013 to July 2017, I was a uniformed law enforcement officer with FPS.  In that position, I conducted various preliminary investigations, including depredation of government property.  Also, I was responsible for responding to crimes in progress at FPS protected facilities such as threats to government employees, possession of narcotics, theft of government property, and civil disturbances. I received trainings on how to conduct preliminary depredation of government property investigations.

### III. STATEMENT OF PROBABLE CAUSE

5.   Based on my review of video surveillance footage, conversations with other law enforcement agents, and my own knowledge of the investigation, I am aware of the following:

**A.   Protest in Downtown Los Angeles**

6.   On June 14, 2025, a large group of approximately 20,000 to 25,000 protesters gathered near a complex of federal buildings in downtown Los Angeles, California.  The crowd appeared to be protesting federal immigration enforcement operations, which began that weekend.

7. A large portion of the crowd originally formed near Los Angeles City Hall and walked to the complex of federal buildings, where the protestors convened. Specifically, protestors gathered near the main entrance of the Los Angeles Federal Building ("LAFB"), located at 300 N. Los Angeles Street, Los Angeles, California 90012, which is adjacent to the Roybal Federal Building and U.S. Courthouse ("Roybal"), located at 255 E. Temple Street, Los Angeles, California 90012.

8. The main entrance to the LAFB clearly indicates that it is a federal building, *i.e.*, the words "FEDERAL BUILDING 300 NORTH LOS ANGELES STREET" are visible near the main entrance on Los Angeles Street. Additionally, Roybal clearly indicates that it is a federal building, *i.e.*, the words "EDWARD R. ROYBAL FEDERAL BUILDING" are visible on the façade of the building on the Temple Street.[1]

9. The Army National Guard, Customs and Border Protection ("CBP") Special Response Team, and FPS officers were assigned to protect the LAFB and Roybal.

**B.    CBP Officer J.B. Observes QUINTANILLA Spray Painting LAFB and Then Leave in a Gray SUV.**

10. That day, CBP Officer J.B. was standing near the southeast section of the LAFB adjacent to Temple Street when he heard what sounded like the hissing of a spray cannister. Officer J.B. smelled the odor of spray paint and activated his CBP-issued body-worn camera ("BWC"). Officer J.B. proceeded

---

[1] These buildings are also near a Bureau of Prisons facility, Metropolitan Detention Center – Los Angeles, which is another federal facility.

towards the stairwell of the LAFB, where he observed a male individual. Officer J.B. also observed purple spray paint on the stairwell wall. When he saw Officer J.B., the individual walked quickly to a nearby gray SUV parked on Temple Street, adjacent to the curbline and the stairwell, and the SUV departed shortly after.

11. Officer J.B. retrieved his phone and took photos of the gray SUV and was able to capture the license plate number of the vehicle as it made a U-turn and proceeded onto Judge John Aiso St.

### C. Law Enforcement Officers Identified QUINTANILLA as a Passenger in the Gray SUV.

12. On June 17, 2025, FPS conducted a registration check of the gray SUV using the license plate number obtained from Officer J.B., which revealed the registered owner is A.S.

13. On June 23, 2025, I went to A.S.'s residence in Los Angeles, California. Upon arrival, V.S. identified herself as the primary driver of the vehicle and stated she drove to the downtown Los Angeles area on June 14, 2025 to watch the protest with QUINTANILLA and their two children.

### D. QUINTANILLA Acknowledged He Is the Individual Depicted in Officer J.B.'s BWC.

14. Later on June 23, 2025, I met with QUINTANILLA and V.S. near the steps of the LAFB and Roybal adjacent to Temple Street. I showed QUINTANILLA a still image from Officer J.B.'s BWC of the individual Officer J.B. observed spray painting the LAFB on June 14, 2025. QUINTANILLA confirmed it was him depicted in the image displayed.

15. QUINTANILLA denied spray painting the LAFB, and stated he exited the vehicle to urinate but, upon observing a soldier in camouflage attire, left without urinating. QUINTANILLA also stated he had been drinking prior to V.S. picking him up to go to the protest.

    **E.   Officers Independently Identify QUINTANILLA.**

16. I generated a six-pack photo lineup including QUINTANILLA. On July 14, 2025, an FPS officer unrelated to the investigation and unaware of QUINTANILLA's identity presented the photo lineup to Officer J.B., who identified QUINTANILLA as the person he observed spray painting.

17. Additionally, I reviewed ATF pole cam footage from June 14, 2025, which captured the gray SUV and showed the following:

    a. The front passenger, a male individual, exited the vehicle holding a cylindrical object in his hand resembling a spray can.

    b. This individual walked towards the steps of the LAFB.

    c. The individual wore similar clothing to the male depicted in the still image from Officer J.B.'s BWC that was displayed to QUINTANILLA – and which he identified as himself.

    d. The individual walked towards the top of the steps of the LAFB.[2] The individual appears to extend his left hand and walk from left to right near the top of the steps. There is a portion of light observed between the tree leaves

---

[2] The top of the steps is obscured by a large tree.

that becomes dark as the individual was walking from left to right. An individual (who appears to be Officer J.B.) can be seen approaching the stairwell,[3] and the individual that was observed with the cylindrical object quickly walks towards the gray SUV, holding the object in his hand.

### IV. CONCLUSION

For all the reasons described above, there is probable cause to believe that QUINTANILLA violated Title 18, United States Code Section 1361 (Depredation of Government Property).

Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this 23rd day of
July, 2025.

_____
HONORABLE STEPHANIE CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE

---

[3] Due to the large trees obscuring the stairwell and the LAFB landing next to the stairwell, this individual is not clearly visible.