FILED
CLERK, U.S. DISTRICT COURT

8/27/25

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_\_MRV\_\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>           v.<br><br>TONY DE JESUS QUINTANILLA,<br><br>        Defendant. | No. 2:25-cr-00707-MWC<br><br>I N F O R M A T I O N<br><br>[18 U.S.C. § 1361: Depredation Against Federal Property]<br><br>[CLASS A MISDEMEANOR] |
|---|---|

The Acting United States Attorney charges:

[18 U.S.C. § 1361]

On or about June 14, 2025, in Los Angeles County, within the Central District of California, defendant TONY DE JESUS QUINTANILLA, willfully and by means of spray painting, injured and committed a depredation against property of the United States and of a department and agency thereof, namely,

//
//
//
//
//
//

the Los Angeles Federal Building, belonging to the General Services Administration.

>
> BILAL A. ESSAYLI
> Acting United States Attorney
>
> CHRISTINA T. SHAY
> Assistant United States Attorney
> Chief, Criminal Division
>
> */s/ Frances S. Lewis*
>
> FRANCES S. LEWIS
> Assistant United States Attorney
> Chief, General Crimes Division
>
> SHAWN T. ANDREWS
> Assistant United States Attorney
> Deputy Chief, General Crimes Section
>
> ANDREW M. ROACH
> Assistant United States Attorney
> Deputy Chief, General Crimes Section
>
> THI HOANG HO
> Assistant United States Attorney
> General Crimes Section